IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL B. WOOLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CV3172 |
| | ) | |
| v. | ) | |
| | ) | |
| THE LODGE and PERRY REID PROPERTIES, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a motion for leave to proceed *in forma pauperis* (Filing No. 2). Upon review of plaintiff's motion, the Court finds that plaintiff is financially eligible to proceed in forma pauperis.

IT IS ORDERED that leave to proceed in forma pauperis is provisionally granted, and the complaint shall be filed without payment of fees.

DATED this 5th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court